UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE DELK, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 23-1365 (ABJ)<br>) |
| PNC BANK, N.A., | )<br>)<br>) |
| Defendant. | )<br>) |

### ORDER

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's Motion to Dismiss [Dkt. # 14] is **GRANTED** and the above-captioned case is **DISMISSED**. Plaintiff's Motion for Partial Summary Judgment [Dkt. # 20] is **DENIED** as moot, and plaintiff's Motion and Notice of Filing of the Department of Veterans Affairs Appointment [Dkt. # 24] is **DENIED** for the reasons stated in the Memorandum Opinion.

The Memorandum Opinion refers to sealed exhibits, and therefore it has been docketed under seal pending review by the parties. The opinion, with any necessary redactions, will be available on the public docket at a later date.

This is a final, appealable order.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE: September 9, 2024